# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

In re: GREEN, BENNYE CISNEROS § Case No. 11-13729-MER
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

M. Stephen Peters, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $134,160.00              Assets Exempt: $13,347.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,910.60    Claims Discharged
                                              Without Payment: $64,082.46

Total Expenses of Administration: $817.49

---

3) Total gross receipts of $ 2,728.09 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $2,728.09 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $166,510.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 817.49 | 817.49 | 817.49 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 100.00 | 100.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 65,798.00 | 34,124.06 | 34,124.06 | 1,910.60 |
| **TOTAL DISBURSEMENTS** | $232,308.00 | $35,041.55 | $35,041.55 | $2,728.09 |

4) This case was originally filed under Chapter 7 on February 28, 2011. The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/10/2013     By: /s/M. Stephen Peters, Trustee
                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Vacant Residential Lot (Value $10,000. Debtor ha | 1110-000 | 2,000.00 |
| Cash on Hand | 1129-000 | 31.00 |
| Deposits at Bellco Credit Union Checking | 1129-000 | 150.00 |
| Unpaid Earnings | 1129-000 | 547.00 |
| Interest Income | 1270-000 | 0.09 |
| **TOTAL GROSS RECEIPTS** | | **$2,728.09** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Citifinancial | 4110-000 | 41,435.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 125,075.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$166,510.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| M. Stephen Peters, Trustee | 2100-000 | N/A | 682.02 | 682.02 | 682.02 |
| M. Stephen Peters, Trustee | 2200-000 | N/A | 47.10 | 47.10 | 47.10 |
| BANK OF AMERICA | 2600-000 | N/A | 0.40 | 0.40 | 0.40 |
| BANK OF AMERICA | 2600-000 | N/A | 0.43 | 0.43 | 0.43 |
| BANK OF AMERICA | 2600-000 | N/A | 0.63 | 0.63 | 0.63 |
| BANK OF AMERICA | 2600-000 | N/A | 0.89 | 0.89 | 0.89 |
| BANK OF AMERICA | 2600-000 | N/A | 0.92 | 0.92 | 0.92 |
| BANK OF AMERICA | 2600-000 | N/A | 0.92 | 0.92 | 0.92 |
| BANK OF AMERICA | 2600-000 | N/A | 0.86 | 0.86 | 0.86 |
| BANK OF AMERICA | 2600-000 | N/A | 3.41 | 3.41 | 3.41 |
| BANK OF AMERICA | 2600-000 | N/A | 3.46 | 3.46 | 3.46 |
| Bank of America | 2600-000 | N/A | 1.45 | 1.45 | 1.45 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $817.49 | $817.49 | $817.49 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | INTERNAL REVENUE SERVICE | 5800-000 | N/A | 100.00 | 100.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $100.00 | $100.00 | $0.00 |
|---|---|---|---|---|---|---|

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| A | CLERK OF THE BANKRUPTCY COURT - CLERK OF THE | 7100-001 | N/A | 100.00 | 100.00 | 100.00 |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 1,565.00 | 1,302.25 | 1,302.25 | 79.88 |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 1,938.00 | 1,909.63 | 1,909.63 | 117.14 |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 7,562.00 | 8,605.00 | 8,605.00 | 527.84 |
| 000004 | WESTERRA CREDIT UNION | 7100-000 | 1,000.00 | 870.88 | 870.88 | 53.42 |
| 000005 | CITIFINANCIAL CORPORATION | 7100-000 | 14,967.00 | 14,967.21 | 14,967.21 | 918.11 |
| 000007 | GE MONEY BANK | 7100-000 | 3,207.00 | 980.71 | 980.71 | 60.16 |
| 000008 | GE MONEY BANK | 7100-000 | 735.00 | 881.08 | 881.08 | 54.05 |
| 000009 | CAPITAL ONE NA | 7200-000 | 2,955.00 | 4,507.30 | 4,507.30 | 0.00 |
| NOTFILED | Comcast | 7100-000 | 152.00 | N/A | N/A | 0.00 |
| NOTFILED | Express | 7100-000 | 1,030.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot | 7100-000 | 7,699.00 | N/A | N/A | 0.00 |
| NOTFILED | HC Processing Centre | 7100-000 | 1,434.00 | N/A | N/A | 0.00 |
| NOTFILED | Massey's | 7100-000 | 433.00 | N/A | N/A | 0.00 |
| NOTFILED | Hydroxatone | 7100-000 | 209.00 | N/A | N/A | 0.00 |
| NOTFILED | JC Penny | 7100-000 | 540.00 | N/A | N/A | 0.00 |
| NOTFILED | HFC | 7100-000 | 20,372.00 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $65,798.00 | $34,124.06 | $34,124.06 | $1,910.60 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-13729-MER  
**Case Name:** GREEN, BENNYE CISNEROS  

**Trustee:** (260020) M. Stephen Peters, Trustee  
**Filed (f) or Converted (c):** 02/28/11 (f)  
**§341(a) Meeting Date:** 03/31/11  

**Period Ending:** 09/10/13  

**Claims Bar Date:** 07/08/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Single Family at Residence at 875 Kline Dr , Lak | 118,363.00 | 0.00 | | 0.00 | FA |
| 2 | Vacant Residential Lot (Value $10,000. Debtor ha VALUE PAID PER SALE APPROVED BY ORDER OF 8-27-12, docket #30 | 2,500.00 | 2,000.00 | | 2,000.00 | FA |
| 3 | Cash on Hand | 30.00 | 31.00 | | 31.00 | FA |
| 4 | Deposits at Bellco Credit Union Checking | 150.00 | 150.00 | | 150.00 | FA |
| 5 | All Household Furniture including Living Room, D | 300.00 | 0.00 | | 0.00 | FA |
| 6 | Appliances Including Washer, Dryer, Dishwasher, | 250.00 | 0.00 | | 0.00 | FA |
| 7 | Computer, Audio, Video and Electronic Components | 550.00 | 0.00 | | 0.00 | FA |
| 8 | Miscellaneous Houseware, Furnishings and Persona | 450.00 | 0.00 | | 0.00 | FA |
| 9 | Books, Pictures, Movies, Music | 400.00 | 0.00 | | 0.00 | FA |
| 10 | All Wearing Apparel & Shoes | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 12 | PERA | 9,897.00 | 0.00 | | 0.00 | FA |
| 13 | Unpaid Earnings | 0.00 | 547.00 | | 547.00 | FA |
| 14 | 2000 Subaru Outback Wagon (totaled) VIN 5S3BH675 | 2,450.00 | 2,450.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.09 | FA |
| 15 | Assets Totals (Excluding unknown values) | $136,840.00 | $5,178.00 | | $2,728.09 | $0.00 |

**Major Activities Affecting Case Closing:**

11/13/12 reviewed

**Initial Projected Date Of Final Report (TFR):**  April 1, 2012          **Current Projected Date Of Final Report (TFR):**  December 13, 2012  (Actual)

Printed: 09/10/2013 04:35 PM     V.13.13

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-13729-MER | **Trustee:** M. Stephen Peters, Trustee (260020) |
| **Case Name:** GREEN, BENNYE CISNEROS | **Bank Name:** BANK OF AMERICA |
| | **Account:** ********00 - Money Market Account |
| **Taxpayer ID #:** **-***0182 | **Blanket Bond:** $84,384,262.00 (per case limit) |
| **Period Ending:** 09/10/13 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/19/11 | | DEBTOR | BANK ACCT/ WAGES | | | 328.00 | | 328.00 |
| | {3} | | BANK ACCT | 31.00 | 1129-000 | | | 328.00 |
| | {4} | | BANK ACCT | 150.00 | 1129-000 | | | 328.00 |
| | {13} | | WAGES | 147.00 | 1129-000 | | | 328.00 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | | 2600-000 | | 0.40 | 327.60 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | | 2600-000 | | 0.43 | 327.17 |
| 02/09/12 | {13} | DEBTOR | wages | | 1129-000 | 400.00 | | 727.17 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | | 2600-000 | | 0.63 | 726.54 |
| 03/30/12 | Int | BANK OF AMERICA | Interest Rate 0.010 | | 1270-000 | 0.01 | | 726.55 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | | 2600-000 | | 0.89 | 725.66 |
| 04/30/12 | Int | BANK OF AMERICA | INTEREST REC'D FROM BANK | | 1270-000 | 0.01 | | 725.67 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | | 2600-000 | | 0.92 | 724.75 |
| 05/31/12 | Int | BANK OF AMERICA | Interest Rate 0.010 | | 1270-000 | 0.01 | | 724.76 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | | 2600-000 | | 0.92 | 723.84 |
| 06/27/12 | {2} | SHAWN GREEN | real estate sales proceeds | | 1110-000 | 2,000.00 | | 2,723.84 |
| 06/29/12 | Int | BANK OF AMERICA | Interest Rate 0.010 | | 1270-000 | 0.01 | | 2,723.85 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | | 2600-000 | | 0.86 | 2,722.99 |
| 07/31/12 | Int | BANK OF AMERICA | Interest Rate 0.010 | | 1270-000 | 0.02 | | 2,723.01 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | | 2600-000 | | 3.41 | 2,719.60 |
| 08/31/12 | Int | BANK OF AMERICA | Interest Rate 0.010 | | 1270-000 | 0.02 | | 2,719.62 |
| 08/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | | 2600-000 | | 3.46 | 2,716.16 |
| 09/14/12 | Int | Bank of America | Interest Earned | | 1270-000 | 0.01 | | 2,716.17 |
| 09/14/12 | | Bank of America | Bank and Technology Services Fees | | 2600-000 | | 1.45 | 2,714.72 |
| 09/14/12 | | Bank of America | Transfer to The Bank of New York Mellon | | 9999-000 | | 2,714.72 | 0.00 |
| | | | ACCOUNT TOTALS | | | 2,728.09 | 2,728.09 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 2,714.72 | |
| | | | **Subtotal** | | | 2,728.09 | 13.37 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$2,728.09** | **$13.37** | |

{} Asset reference(s)     Printed: 09/10/2013 04:35 PM    V.13.13

Case:11-13729-MER Doc#:40 Filed:09/11/13 Entered:09/11/13 13:50:25 Page8 of 10

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-13729-MER
**Case Name:** GREEN, BENNYE CISNEROS

**Taxpayer ID #:** **-***0182
**Period Ending:** 09/10/13

**Trustee:** M. Stephen Peters, Trustee (260020)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******12-66 - Checking Account
**Blanket Bond:** $84,384,262.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/14/12 | | The Bank of New York Mellon | Transfer from Bank of America | 9999-000 | 2,714.72 | | 2,714.72 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,689.72 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,664.72 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,639.72 |
| 12/13/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001026002088 20121213 | 9999-000 | | 2,639.72 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 2,714.72 | 2,714.72 | $0.00 |
| | | | Less: Bank Transfers | | 2,714.72 | 2,639.72 | |
| | | | **Subtotal** | | 0.00 | 75.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $75.00 | |

{} Asset reference(s)

Printed: 09/10/2013 04:35 PM    V.13.13

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 11-13729-MER
**Case Name:** GREEN, BENNYE CISNEROS

**Taxpayer ID #:** **-***0182
**Period Ending:** 09/10/13

**Trustee:** M. Stephen Peters, Trustee (260020)
**Bank Name:** Rabobank, N.A.
**Account:** ****336766 - Checking Account
**Blanket Bond:** $84,384,262.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 2,639.72 | | 2,639.72 |
| 02/18/13 | 10101 | M. Stephen Peters, Trustee | Dividend paid 100.00% on $47.10, Trustee Expenses; Reference: | 2200-000 | | 47.10 | 2,592.62 |
| 02/18/13 | 10102 | M. Stephen Peters, Trustee | Dividend paid 100.00% on $682.02, Trustee Compensation; Reference: | 2100-000 | | 682.02 | 1,910.60 |
| 02/18/13 | 10103 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $100.00; Claim# 000006; Filed: $100.00; Reference: Stopped on 07/21/13 | 5800-000 | | 100.00 | 1,810.60 |
| 02/18/13 | 10104 | AMERICAN INFOSOURCE LP AS AGENT FOR | Dividend paid 6.13% on $1,302.25; Claim# 000001; Filed: $1,302.25; Reference: 0457 | 7100-000 | | 79.88 | 1,730.72 |
| 02/18/13 | 10105 | AMERICAN INFOSOURCE LP AS AGENT FOR | Dividend paid 6.13% on $1,909.63; Claim# 000002; Filed: $1,909.63; Reference: 7094 | 7100-000 | | 117.14 | 1,613.58 |
| 02/18/13 | 10106 | AMERICAN INFOSOURCE LP AS AGENT FOR | Dividend paid 6.13% on $8,605.00; Claim# 000003; Filed: $8,605.00; Reference: 4679 | 7100-000 | | 527.84 | 1,085.74 |
| 02/18/13 | 10107 | WESTERRA CREDIT UNION | Dividend paid 6.13% on $870.88; Claim# 000004; Filed: $870.88; Reference: 7218 | 7100-000 | | 53.42 | 1,032.32 |
| 02/18/13 | 10108 | CITIFINANCIAL CORPORATION | Dividend paid 6.13% on $14,967.21; Claim# 000005; Filed: $14,967.21; Reference: | 7100-000 | | 918.11 | 114.21 |
| 02/18/13 | 10109 | GE MONEY BANK | Dividend paid 6.13% on $980.71; Claim# 000007; Filed: $980.71; Reference: | 7100-000 | | 60.16 | 54.05 |
| 02/18/13 | 10110 | GE MONEY BANK | Dividend paid 6.13% on $881.08; Claim# 000008; Filed: $881.08; Reference: | 7100-000 | | 54.05 | 0.00 |
| 07/21/13 | 10103 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $100.00; Claim# 000006; Filed: $100.00; Reference: Stopped: check issued on 02/18/13 | 5800-000 | | -100.00 | 100.00 |
| 07/21/13 | 10111 | CLERK OF THE BANKRUPTCY COURT | UNCLAIMED FUNDS | 7100-001 | | 100.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 2,639.72 | 2,639.72 | $0.00 |
| | | | Less: Bank Transfers | | 2,639.72 | 0.00 | |
| | | | Subtotal | | 0.00 | 2,639.72 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $2,639.72 | |

{} Asset reference(s)

Printed: 09/10/2013 04:35 PM V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 11-13729-MER
**Case Name:** GREEN, BENNYE CISNEROS

**Taxpayer ID #:** **-***0182
**Period Ending:** 09/10/13

**Trustee:** M. Stephen Peters, Trustee (260020)
**Bank Name:** Rabobank, N.A.
**Account:** ****336766 - Checking Account
**Blanket Bond:** $84,384,262.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| MMA # ********00 | 2,728.09 | 13.37 | 0.00 |
| Checking # 9200-******12-66 | 0.00 | 75.00 | 0.00 |
| Checking # ****336766 | 0.00 | 2,639.72 | 0.00 |
| | $2,728.09 | $2,728.09 | $0.00 |

{} Asset reference(s)

Printed: 09/10/2013 04:35 PM   V.13.13